AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

EVERETT WALKER,

      Plaintiff,                JUDGMENT IN A CIVIL CASE

V.

                                   CASE NUMBER: **3:09-cv-0032-HDM-RAM**

JAMES BENEDETTI, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Plaintiff's commencement of a **new** action in which he either pays the $350.00 filing fee in full or submits a complete Application to Proceed *in Forma Pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account statement, and a complaint on the proper forms.

   March 13, 2009                                   **LANCE S. WILSON**
                                                           Clerk


                                                      /s/ Kalani Lizares
                                                        Deputy Clerk